PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON KIRK,<br><br>      Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>      Defendant. | Case No.: 2:23-cv-01966-EFB<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 14, 2024, up to and including February 13, 2024. This is the Defendant's first request for an extension.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant makes this request in good faith and for good cause. I am currently assigned to nine cases with briefing deadlines in the next three weeks. I have been diligently working on cases, having drafted three briefs and two motions/stipulations to voluntarily remand over approximately the last two weeks. Defendant apologies to the Court and to Plaintiff for any inconvenience caused by this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 11, 2024

/s/ Francesco P. Benavides*
(*as authorized via e-mail on January 11, 2024)
Francesco P. Benavides
Attorney for Plaintiff

Dated: January 11, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/ James Ki
James Ki
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 13, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: January 16, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE